# O. W. KERR CO v. CHARLES JOHN NYGREN.[1]

May 5, 1911.

Nos. 17,005—(60).

**Case followed.**

Appeal by defendant from an order of the district court for Wabasha county, Snow, J., overruling his demurrer to the complaint. Affirmed.

*James A. Carley* and *Brown, Abbott & Somsen,* for appellant.

*Koon, Whelan & Hempstead,* for respondent.

PER CURIAM.

The questions involved in this case are the same as those in the case of O. W. Kerr Co. v. Nygren, supra, page 268, and the order appealed from is affirmed.